Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Miami Division



FILED BY _____ D.C.

DEC 20 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

|  |  |
|---|---|
| Daniel H. Alexander<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Ashland R Medley<br>judge Michael Hanzman<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Daniel H. Alexander |
| Address | 20110 SW 123rd Drive, |
| | Miami, FL 33177 |
| | *City  State  Zip Code* |
| County | Miami-Dade |
| Telephone Number | 305-519-3921 |
| E-Mail Address | dalexandaniel@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ashland R. Medley |
| Job or Title *(if known)* | Attorney |
| Address | 111 North University Drive Suite 718, |
| | Coral Springs, FL 33065 |
| | *City  State  Zip Code* |
| County | Broward |
| Telephone Number | 954-947-1524 |
| E-Mail Address *(if known)* | Ashland@ashlandMedleyLaw.com |

[✔] Individual capacity  [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Michael Hanzman |
| Job or Title *(if known)* | Judge |
| Address | 73 West Flagler ST. Miami, FL 33130, Room 416 |
| | Miami, Fl 33130 |
| | *City  State  Zip Code* |
| County | Miami-Dade |
| Telephone Number | 305-349-7157 |
| E-Mail Address *(if known)* | |

[ ] Individual capacity  [✔] Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

        *City*      *State*      *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

        *City*      *State*      *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    My First, Fifth, and Fourteen Amendment of the constitutions were violated by state and local officals!

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Under the color law of state, the attorney did not give me a hearing date to reschedule sale of my property.
But the judge the granted the reschedule sale to my property without me being present for the hearing.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At the 11th District Judicial Circuit 73 West Flagler ST, Miami, FL 33130. when I was denied total access to hearing, mean no accesss in way or form or the other, so by placing several phone calls to the judge assistant, and to the attorney Ashland Law firm and the county's bankruptcy clerk's office, because I was trying to access to my court hearing.

B. What date and approximate time did the events giving rise to your claim(s) occur?

inAt the 11th District Judicial Circuit 73 West Flagler ST, Miami, FL 33130, on Saturday 16th October 2021, 9:30 AM in the judge and the plaintiff get togther in chamber and reschedule the foreclosure to my property, with me excluded and unaware of the hearing prior to dening all my motions which I filed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The plaintiff had in the past 4-years made at least 5-attempts to foreclosure on my property; without notice of hearig which leads to me filing for bankruptcy, which coincide with the reschedule sale.
So, it was difficult for me to retain an attorney with only about a week to prepare.
Because the information which I obtained came from third party who ask me if I am selling my property.
The option I was left with was to file chapter 13, yet I could not retain an attorney to file an adversary proceeding in less than two-weeks to defend property.
Who was involved were, BSI and HMC Asset.
And each one of these alleged to servicer, then take turn in their loan modification process.
The last loan Modification I did with BSI paying ($623.00) for 10-month, and was eventually denied, and with nothing in writing to state the reason for my denial, and back to their reschedule sale again, on my property, without notice of hearing. My wife and daughter saw what happen.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes! I am suffering from mental stress and anxiosity which at time interfare with my sleep.
   Because foreclosure of property upset me, and also angers me
   Early in September 2021, I had a complete physical examination by my doctor and specialist, on my follow up on November 25th, my doctor said I am in good health.
   But I take exercises, and jogg, and do wind sprint to relieve my stress.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Wherefore, I am seeking $250,000. in damages
My basis for these claim are the mental and emotional stress that the Defendants have costs me, and their wilful, callous, and egregious violation of my, First, Fifth, and Fourteenth Amendment rights.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/20/2021

Signature of Plaintiff

Printed Name of Plaintiff: Daniel H Alexander

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

         *City*           *State*           *Zip Code*

Telephone Number
E-mail Address